UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: _____

**05-21095
CIV-LENARD
/KLEIN**

Delroy Anthony Golding          )
                                )
            Plaintiff           )
                                )
v.                              )
                                )
United States Department of Homeland Security )
Michael Chertoff, Director      )
                                )
United States Citizenship and Immigration Services )
Eduardo Aguirre, Director       )
                                )
United States Citizenship and Immigration Services )
John Bulger, Director, Miami District Office )
                                )
United States Citizenship and Immigration Services )
Elaine Watson, Assistant Director, Miami District )
Office of Naturalization        )
                                )
                                )
            Defendants          )
_____ )

**PETITION FOR *DE NOVO* REVIEW OF APPLICATION FOR NATURALIZATION**

**PARTIES**

1.  The Plaintiff Delroy Golding is a citizen of Jamaica and was lawfully admitted for permanent residence on February 13, 1991. He resides in Boca

-2-



Raton, Florida. The Plaintiff's Alien Registration Number is 29-392-278

2.     The Defendants are: Michael Chertoff, Director of United States Department of Homeland Security; Eduardo Aguirre, Director of United States Citizenship and Immigration Services; John Bulger, Director of United States Citizenship and Immigration Services, Miami District Office; and Elaine Watson, Assistant Director, Naturalization Unit, Miami District Office of Naturalization, United States Citizenship and Immigration Services. The Defendants are the proper parties pursuant to 8 Code of Federal Regulations ("C.F.R.") Section 336.9. Plaintiff Delroy Golding's application for naturalization was denied by the Department of Homeland Security ("DHS"), United States Citizenship and Immigration Services ("USCIS") at 77 S.E. 5th Street, Miami, Florida 33131.

**JURISDICTION**

3.     This is a civil action brought pursuant to Title 8 of the United States Code ("U.S.C.") Section 1421(c) and 8 C.F.R. Section 336.9 for a *de novo* review of the denial of Plaintiff's application for naturalization. Pursuant to 8 C.F.R. §336.9(b), this petition is filed with this Court which has jurisdiction over Plaintiff's place of residence, in accordance with 5 U.S.C., Chapter 7, and within a period of not more than 120 days after the U.S. Citizenship and Immigration Services' denial (final determination) of Plaintiff's administrative petition for a review hearing on

his application for naturalization.

## VENUE

4. Venue is proper in Miami, Florida and the Souther District of Florida since the action arose in Miami, Florida.

## STANDARD OF REVIEW

5. The review is *de novo* and Plaintiff requests a hearing *de novo* on his application for naturalization.

## REMEDY SOUGHT

6  Plaintiff seeks a *de novo* naturalization hearing before the Court and the opportunity to present his application and all required evidence for a fair and just adjudication of his application pursuant to Sections §§1421-1450 of Title 8 of the United States Code and in accordance with his rights to due process and equal protection as guaranteed by the Fifth and Fourteenth Amendments to the U.S. Constitution.

## CAUSE OF ACTION

7  Pursuant to Title 8 U.S.C. §§1421-1450, there are no statutory grounds to deny Plaintiff Delroy Golding's application for naturalization. Plaintiff's last application for naturalization (Form N–400) was denied by Defendants DHS and USCIS on September 15, 2003. Pursuant to Section 1447(a) of Title 8 U.S.C., Plaintiff timely filed an application for a review hearing on his denial of his application for naturalization with the USCIS (Form N–336). On December 22, 2004, Defendants DHS and USCIS denied Plaintiff's application for naturalization following his administrative appeal.

8  Plaintiff has exhausted all administrative remedies and timely files his Petition for a *de novo* review of his application for naturalization.

9  Pursuant to Title 8 U.S.C. Sections §§1421-1450, Plaintiff Delroy Golding meets all of the statutory requirements for naturalization:

   a.  That pursuant to 8 U.S.C. §1429, Delroy Golding became a lawful permanent resident of the United States on February 13, 1991;

   b.  That pursuant to 8 U.S.C. §1445(b), Delroy Golding was born on May 8, 1968 and was at least 18 years old upon filing his application for naturalization on March 21, 2001;

c.  That pursuant to 8 U.S.C. §1427(a)(1) and 8 C.F.R. §316.5, Plaintiff has resided continuously for five years in the United States subsequent to becoming a lawful permanent resident on February 13, 1991;

d.  That Plaintiff Delroy Golding has resided in the State of Florida for at least three months prior to filing his application for naturalization on March 21, 2001 pursuant to 8 U.S.C. §§1427(a)(1), 1430(a);

e.  That Plaintiff has been physically present in the United States for at least one half of the five years since becoming a lawful permanent resident pursuant to 8 U.S.C. §1427(a);

f.  That Plaintiff has resided continuously within the United States from the date his naturalization application was filed (March 21, 2001) up to the time of admission of citizenship, pursuant to 8 U.S.C. §1427(a)(2);

g.  That pursuant to 8 U.S.C. §1427(b) and 8 C.F.R. §316.5(c)(1)(ii), Plaintiff has not been absent from the United States for a continuous period of more than one year during the periods for which continuous residence is required;

h.  That Plaintiff Delroy Golding is a person of good moral character for the requisite 5 years up to the time of admission pursuant to 8 U.S.C. §§1427(a)(3), 1430(a)(1) and 8 C.F.R. §§316.10, 329.2(d);

i.  That although Plaintiff had various arrests, he was acquitted of all charges and has no convictions that would disqualify him from naturalization;

j.  That Plaintiff is attached to the principles of the Constitution and well disposed to the good order and happiness of the United States pursuant to 8 U.S.C. §1427(a)(3) and 8 C.F.R. §316.11;

k.  That Plaintiff is willing to bear arms on behalf of the United States when required by the law, or perform noncombatant service in the Armed Forces of the United States when required by law, or perform work of national importance under civilian direction when required by the law pursuant to 8 U.S.C. §1448(a)(5)(A)-(C);

l.  That Plaintiff is not a subversive as required by 8 U.S.C. §§1424, 1427(f) and 8 C.F.R. 313.1;

m.  That Plaintiff is not a member of the communist party pursuant to

Plaintiff's application for naturalization and Defendants only justification was that, "...it is not reasonable or prudent for the Citizenship and Immigration Services to believe that you have established good moral character in accordance with 8 CFR 316.10(a)(1) and 8 CFR 316.10(b)(3)."

## PRAYER

WHEREFORE, Plaintiff Delroy Golding prays that the Court will conduct a *de novo* hearing for his application for naturalization pursuant to Section 1421©) of Title 8 U.S.C. and 8 C.F.R. Section 336.9.

Signed this \_\_\_21\_\_\_ day of \_\_\_April\_\_\_, 2005.

Brian G. Becker, Esq.

Florida Bar Number: 0151629

Phone: (561) 995-1966

Ellis & Ged, P.A.
7171 N. Federal Highway
Boca Raton, Florida 33487

Email: brianbecker@ellisandged.com

Fax: (561) 241-0812

## Certificate of Service

I, Brian G. Becker, Esq., certify that on this date _____.

a true copy of the foregoing document was mailed to:

Michael Chertoff, Director
United States Department of Homeland Security
Washington, D.C. 20528

Eduardo Aguirre, Director
United States Citizenship and Immigration Services
20 Massachusetts Avenue, N.W.
Washington, D.C. 20529

John Bulger, Director
United States Citizenship and Immigration Services
7880 Biscayne Boulevard
Miami, Florida 33138

Alberto Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Marcos Daniel Jiménez, U.S. Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132

Elaine Watson, Assistant Director, Naturalization
United States Citizenship and Immigration Services
77 S.E. 5th Street, 2nd Floor
Miami, Florida 33131

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

| | |
|---|---|
| Delroy Anthony Golding | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| United States Department of Homeland Security | ) |
| Michael Chertoff, Director | ) |
| | ) |
| United States Citizenship and Immigration Services | ) |
| Eduardo Aguirre, Director | ) |
| | ) |
| United States Citizenship and Immigration Services | ) |
| John Bulger, Director, Miami District Office | ) |
| | ) |
| United States Citizenship and Immigration Services | ) |
| Elaine Watson, Assistant Director, Miami District Office of Naturalization | ) |
| | ) |
| | ) |
| Defendants | ) |
| | ) |

**PETITION FOR *DE NOVO* REVIEW OF APPLICATION FOR NATURALIZATION**

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

05-21095

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

CIV-LENARD

**I. (a) PLAINTIFFS**

DELROY ANTHONY GOLDING

**DEFENDANTS**

US DHS, MICHAEL CHERTOFF, Director

PLEASE SEE ATTACHED ADDENDUM KLEIN

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  PALM BEACH
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Dade  05-21095-CIV-Lenard/Klein

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
BRIAN G. BECKER, ESQ. (561) 995-1966
Ellis & Ged, P.A.
7171 N. Federal hwy., Boca Raton, FL 33487

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:  (DADE)  MONROE,  BROWARD,  PALM BEACH,  MARTIN,  ST. LUCIE,  INDIAN RIVER,  OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | | A☐ 871 IRS - Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

8 U.S.C. § 1421(c) - PETITION FOR DE NOVO REVIEW OF APPLICATION FOR NATURALIZATION.

LENGTH OF TRIAL
via 2 days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☒ NO

**VIII. RELATED CASE(S)** (See instructions):
IF ANY

JUDGE  N/A

DOCKET NUMBER _____

DATE  4/21/05

SIGNATURE OF ATTORNEY OF RECORD  B. J. Beck

FOR OFFICE USE ONLY

RECEIPT # 919492  AMOUNT 250  APPLYING IFP _____  JUDGE _____  MAG JUDGE _____

08:1105

Case Number:_____

## ADDENDUM TO CIVIL COVER SHEET

DEFENDANTS

United States Citizenship and Immigration Services
Eduardo Aguirre, Director

United States Citizenship and Immigration Services
John Bulger, Director, Miami District Office

United States Citizenship and Immigration Services
Elaine Watson, Assistant Director, Miami District
Office of Naturalization.