UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-21095-CIV-LENARD/KLEIN

**DELROY ANTHONY GOLDING**,

    Plaintiff,

vs.

**U.S. DEPT. OF HOMELAND SECURITY, et al.**,

    Defendants.
_____/



## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court on a sua sponte review of the record. Plaintiff filed his Petition (D.E. 1) on April 21, 2005. One hundred and twenty days have now passed since the commencement of this action, and none of the Defendants have been served. Accordingly, based on the Court's review of the record, it is:

**ORDERED AND ADJUDGED** that, pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff shall have **up to and until August 30, 2005,** to effectuate service or to show cause why this case should not be dismissed for lack of service.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___19___ day of August, 2005.

                                                         **JOAN A. LENARD**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    U.S. Magistrate Judge Theodore Klein
        All Counsel of Record

