UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-21095-CIV-LENARD/KLEIN

DELROY ANTHONY GOLDING

    Plaintiff,

v.

U.S. DEPT OF HOMELAND
SECURITY, et al.,

    Defendant.

_____/



### DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PETITION FOR *DE NOVO* REVIEW OF APPLICATION FOR NATURALIZATION

Defendants, by and through the undersigned Assistant United States Attorney, hereby answer Plaintiff's Petition as follows:

I.    Parties

    1. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore, deny the allegations in paragraph 1.

    2. Admit.

II.    Jurisdiction

    3. This is a statement of jurisdiction to which no response is required. To the extent an answer may be deemed necessary, Defendants deny the allegations in paragraph 3.

    4. This is a statement regarding venue to which no response is required. To the extent an answer may be deemed necessary, Defendants deny the allegations in paragraph 4.

III.    Standard of review

    5. Admit.

IV.  Remedy sought

6. Defendants admit only that Plaintiff seeks naturalization, but deny that Plaintiff is entitled to any relief and deny all remaining allegations in paragraph 6.

V.  Cause of action

7. Plaintiff states conclusions of law to which no response is required. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore, deny the rest of the allegations in paragraph 7.

8. Plaintiff states conclusions of law to which no response is required. To the extent an answer may be deemed necessary, Defendants deny the allegations in paragraph 8.

9. Plaintiff states conclusions of law to which no response is required. To the extent an answer may be deemed necessary, Defendants deny the allegations in paragraph 9.

   a. Admit that Plaintiff was granted conditional residence on February 13, 1991 under administrative file number A29392278.

   b. Plaintiff states conclusions of law to which no response is required. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore deny the allegations in paragraph 9.b. Defendants admit that Plaintiff filed a new (second) application for citizenship on March 27, 2001.

   c. Plaintiff states conclusions of law to which no response is required. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore deny the allegations in paragraph 9.c. Defendants admit that Plaintiff was granted conditional residence on February 13, 1991 under administrative file number A29392278.

   d. Defendants are without knowledge or information sufficient to form a belief as to the

truth of the averments, and therefore deny the allegations in paragraph 9.d.

e. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore deny the allegations in paragraph 9.e.

f. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore deny the allegations in paragraph 9.f.

g. Plaintiff states conclusions of law to which no response is required. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore deny the allegations in paragraph 9.g.

h. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore deny the allegations in paragraph 9.h.

i. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore deny the allegations in paragraph 9.i

j. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore deny the allegations in paragraph 9.j.

k. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore deny the allegations in paragraph 9.k.

l. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore deny the allegations in paragraph 9.l.

m. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore deny the allegations in paragraph 9.m.

n. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore deny the allegations in paragraph 9.n.

o. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore deny the allegations in paragraph 9.o.

p. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore deny the allegations in paragraph 9.p.

q. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore deny the allegations in paragraph 9.q.

r. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments, and therefore deny the allegations in paragraph 9.r.

10. Deny.

Defendants deny that Plaintiff is entitled to the requested relief or to any relief whatsoever from Defendants.

Any averments in the Complaint not specifically admitted above are hereby denied.

### **AFFIRMATIVE DEFENSES**

1. Plaintiff's complaint fails to state a claim upon which relief may be granted.

2. Plaintiff is statutorily ineligible for naturalization.

3. Plaintiff cannot establish that he was lawfully admitted to permanent residence.

4. Plaintiff cannot establish that he is a person of good moral character pursuant to section 316 of the Act.

5. Defendants hereby specifically preserve any and all other defenses, not currently know, which it has or through discovery they learn may be applicable.

WHEREFORE, having fully answered all counts of the Complaint, Defendants pray that Plaintiff take nothing by way of his Complaint, that the same be dismissed, and that judgment be

awarded in favor of Defendants, together with costs and such other and further relief as the Court deems appropriate in this case.

                                              Respectfully submitted,

                                              R. ALEXANDER ACOSTA
                                              UNITED STATES ATTORNEY

By: _____
     MILTON APONTE
     Assistant United States Attorney
     Court ID. No. A5500417
     99 N.E. 4th Street 3rd Floor
     Miami, Florida 33132-2111
     Phone (305) 961-9404
     Fax (305) 530-7139
     E-mail: Milton.Aponte2@usdoj.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail this 5th day of May, 2006 to: Brian G. Becker, Esq., Ellis & Ged, P.A., N. Federal Highway, Boca Raton, FL 33487.

                                              _____
                                              Milton Aponte
                                              Assistant United States Attorney