## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 05-21095-CIV-LENARD/TORRES

**DELROY ANTHONY GOLDING,**

      **Plaintiff,**

**v.**

**DEPARTMENT OF HOMELAND**
**SECURITY (DHS), et al.,**

      **Defendants.**

_____/

### JOINT PRE-TRIAL STIPULATION

1. <u>STATEMENT OF THE CASE</u>

_____ This action was brought pursuant to section 310 of the Immigration and Naturalization Act, 8 U.S.C. § 1421(c)  for a *de novo* review of Plaintiff's application for naturalization with U.S. Citizenship and Immigration Services (USCIS) and U.S. Department of Homeland Security (DHS).

<u>Plaintiff's statement of case:</u>

_____Plaintiff's application for naturalization (USCIS Form N–400) was denied by Defendants U.S. Citizenship and Immigration Services (USCIS) and U.S. Department of Homeland Security (DHS) on September 15, 2003 for reasons that are untrue and without legal merit.  Plaintiff met the qualifications for naturalization pursuant to 8 U.S.C. §§1421-1450 and his application was denied without basis.  Although Plaintiff entered the United States with a document issued by the Jamaican Government bearing the name "Michael Genas," Plaintiff contends it was the fault of the Jamaican Government and never held himself out by the name "Michael Genas."

Furthermore, Plaintiff disclosed this information on his application for adjustment of status and

his status was in fact adjusted to lawful permanent resident on February 13, 1991.  Nevertheless,

Plaintiff's administrative appeal pursuant to 8 U.S.C. §1447(a) (USCIS Form N–336), was

denied by Defendants USCIS and DHS on December 22, 2004 without legal merit.  The

Defendants abused its discretion in determining that Plaintiff lacked good moral character as

required by 8 U.S.C. §§1427(a)(3) and 1430(a)(1) and as defined in 8 U.S.C. §1101(f), using a

standard of review of "reasonable or prudent" which violates due process and equal protection as

guaranteed by the U.S. Constitution.  Pursuant to 8 U.S.C. §1421(c), Plaintiff timely filed a

complaint with this Honorable Court on April 21, 2005, requesting a *de novo* review of his

application for naturalization.

      Defendants' statement of case:

      First, it is defendant's position that plaintiff cannot establish his eligibility to become a

United States Citizen under the Immigration and Naturalization Act (INA). Secondly, plaintiff is

not eligible to become a lawful permanent resident because his current lawful permanent status

was obtained by fraud. More importantly, plaintiff entered the United States under an assumed

name or a name that was not his true name. He pretended to be someone that he was not in order

to gain entrance to the United States. After entering the United States under a false name,

plaintiff continued to perpetuate this fraud by working in the United States under this assumed

name.

      Since plaintiff acquired his current lawful permanent residence status by fraud, he does

not qualify to become a United States citizen. Thus, plaintiff does not meet the requirements

under the Immigration and Nationality Act to become a citizen, which requires an applicant to

legitimately attain lawful permanent resident status.

Finally, defendants denied his application for citizenship on the basis that plaintiff lacks good moral character. Defendant's determination is due to several arrests and other immoral and bad conduct of the plaintiff.

2.  BASIS OF FEDERAL JURISDICTION

The court has jurisdiction of this action pursuant to 8 U.S.C. § 1421(c) . 8 C.F.R. §336.9(b) and 5 U.S.C. §§701-706 for a *de novo* review of Plaintiff's application for naturalization with U.S. Citizenship and Immigration Services and U.S. Department of Homeland Security.

3.  PLEADINGS RAISING THE ISSUES:

The pleadings that raise the issues in this case are plaintiff's complaint filed April 21, 2005, and defendant's answer filed May 5, 2006.

4.  LIST OF ALL UNDISPOSED MOTIONS OR OTHER MATTERS REQUIRING ACTION BY THE COURT.

None.

5.  STATEMENT OF UNCONTESTED FACTS WHICH WILL REQUIRE NO PROOF AT TRIAL:

a.     Plaintiff, Delroy Anthony Golding, is a native and citizen of Jamaica who was admitted to the United States on October 21, 1989, as a temporary agricultural worker.

b.     Plaintiff entered the United States under an identity card identified as Michael Genas with a birth date of May 8, 1964.

c.     Plaintiff did not present any other documents to the immigration officer upon arriving to Miami.

d.     Plaintiff worked for Osceola Farm Company upon arrival in the United States as a farm

3

laborer. Plaintiff received compensation for his work from Osceola Farm Company

Payments from Osceola Farm Company to Plaintiff were made payable to "Michael Genas"

      e.      Plaintiff had been arrested for unlawful wounding in Jamaica on or about 1984.

      f.      Plaintiff filed an application for permanent residence on or about August 21, 1990. He answered "no" to question number 24 of said application.

      g.      Plaintiff used the name of Michael Genas to secure employment as a farm laborer in the United States. Texas. Plaintiff was arrested on February 15, 1996 for aggravated stalking.

      I.      Restraining order was entered against Plaintiff on May 2, 1995

      j.      Plaintiff filed application for naturalization on December 17, 1996

      k.      Plaintiff, in first application for naturalization, in question number fifteen, was asked, "Have you ever been arrested, cited charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic regulations.  Plaintiff understood the question and responded "Yes."  Plaintiff's application for naturalization was denied.

      l.      Plaintiff then filed a second application for naturalization on October 25, 1999 On the second application for naturalization, Plaintiff, in this application, answered "no" to question number fifteen on part seven to the question: "Have you ever been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic regulation?" No receipt was issued and this application was not adjudicated.

      m.      Plaintiff filed a third application for naturalization on March 27, 2001, which was ultimately denied.  Initially, plaintiff was approved on February 14, 2002 and was scheduled to be naturalized on May 20, 2002.  However plaintiff was removed from the ceremony due to pending security and background checks.

      n.      Plaintiff sought an administrative review hearing of the denial of his application for naturalization pursuant to section 336(a) of the INA.  During the review hearing, a sworn statement was

executed on September 7, 2004 which states that Plaintiff's date of birth was May 8, 1964.  In that same review hearing, Plaintiff responded that he had been arrested "two times, twice."

    6.  <u>ISSUES OF FACT WHICH REMAIN TO BE LITIGATED:</u>

    a.      Whether plaintiff lacks good moral character.

    b.      Whether plaintiff's entry into the United States was fraudulent.

    c.      Whether Plaintiff willfully and fraudulently used the name "Michael Genas" upon arrival in the United States and as a farm worker for Osceola Farm Company.

    d.      Whether plaintiff was arrested, tried as an adult and sentenced for 18 month probation in Jamaica for Unlawful Wounding.

    e.      Whether plaintiff acquired lawful permanent residence by fraud.

    7.  <u>STATEMENT OF ISSUES OF LAW ON WHICH THERE IS AGREEMENT</u>

    a.      Plaintiff bears the burden of persuasion as to whether he meets the requirements of becoming an American citizen.

    8.  <u>ISSUES OF LAW WHICH REMAIN TO BE DETERMINED BY THE COURT:</u>

    a.      Whether Plaintiff's entry into the United States on October 21, 1989 under the name Michael Genas constitutes fraud.

    b.      Whether Plaintiff obtained permanent residence lawfully.

    c.      Whether Plaintiff meets the requirements of good moral character required for naturalization pursuant to 8 U.S.C. §§1427(a)(3), 1430(a)(1) and 8 C.F.R. §§316.2(a)(7), 316.10, 329.2(d).

    d.      Whether plaintiff currently qualifies to become a United States citizen.

    e.      Whether defendants properly denied plaintiff's application for naturalization.

      f.      Whether plaintiff lacks good moral character to be a citizen of the US.

    9.  <u>EXHIBIT LISTS:</u>

_____    Plaintiff's Exhibit List is attached as Exhibit "A". Defendant's Exhibit List

is attached as Exhibit "B".

    10.  <u>WITNESS LISTS:</u>

_____    Plaintiff's Witness List is attached as Exhibit "C". Defendant's Exhibit

List is attached as Exhibit "D".

    11.  <u>ESTIMATED TRIAL TIME:</u>

Three days of non-jury trial.

    12.  <u>ATTORNEYS FEES THAT MAY BE AWARDED:</u>

_____Attorney's fees may be awarded to the plaintiff if he is deemed the prevailing party and

its appropriate by statute.

Dated: May 11, 2007
      Miami, Florida                           Respectfully submitted,

Ellis, Ged & Bodden, P.A.                R. ALEXANDER ACOSTA
Attorneys for Plaintiff                  UNITED STATES ATTORNEY

By:  _s/Brian G. Becker_____       By:  _s/Milton Aponte_____
    BRIAN G. BECKER                 MILTON APONTE
    7171 N. Federal Highaway           Assistant United States Attorney
    Boca Raton, Florida 33487          Court ID. No. A5500417
    Florida Bar Number 0151629        E-mail: Milton.Aponte2@usdoj.gov
    brianbecker@elisandged.com         99 N.E. 4th Street, Suite 305
    Phone (561) 995-1966               Miami, Florida 33132-2111
    Fax (561) 953-0693                 Phone (305) 961-9404
                                 Fax (305) 530-7139

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 11, 2007, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.


                                                              __s/Milton Aponte_____
                                                              Milton Aponte
                                                              Assistant United States Attorney

## EXHIBIT A

## PLAINTIFF'S TRIAL EXHIBIT LIST

Exhibit 1        Florida Worker's Compensation Uniform Medical Treatment/Status Reporting
                 Form

Exhibit 2        Incident Report from McRoberts Maritime Security

Exhibit 3        Receipt from Ministry of Foreign Affairs, Jamaica

Exhibit 4        Pay stub from Osceola Farms Co. (Dated November 1, 1989)

Exhibit 5        Pay stub from Osceola Farms Co. (Dated November 15, 1989)

Exhibit 6        Certificate of re-enumeration in respect of persons previously registered

Exhibit 7        Judicial/Attorney Misconduct in Florida (list of Attorneys and Judges who have
                 been disciplined), page 13, "Lucas, Roy Leonard"

Exhibit 8        Plaintiff's Lawful Permanent Resident Card (USCIS Form I-551)

Exhibit 9        Plaintiff's final judgement of dissolution of marriage with Nancy M. Golding

Exhibit 10       Plaintiff's Jamaican Passport

Exhibit 11       Response to Plaintiff's request for a copy of his file pursuant to Freedom of
                 Information Act from Federal Bureau of Investigation

Exhibit 12       Letter from Mr. and Mrs. Peter and Marie DiPietro

Exhibit 13       Letter from Michael J. Lecuona, Human Resources Assistant, McRoberts
                 Maritime Security, Inc.

Exhibit 14       Letter of Recommendation from Bill Hoelscher, McRoberts Maritime Security

Exhibit 15       Plaintiff's Florida Schedule 1 IFTA Fuel Tax Computations, New York Highway
                 Use Tax Return and State of Florida, Division of Motor Vehicles Fuel tax return,
                 Federal Employer Identification Number, and invoices from Nationwide Truckers
                 Permit Service

Exhibit 16       Plaintiff's 1998 federal income tax return

Exhibit 17      Plaintiff's 2002 federal income tax return

Exhibit 18      Plaintiff's 2003 federal income tax return

Exhibit 19      Plaintiff's 2004 federal income tax return

Exhibit 20      Printouts from Infernal Revenue Service of Plaintiff's 2001, 2002, and 2003
                federal income tax returns

Exhibit 21      Printout from www.whitepages.com for Delroy Golding residing at 5001 10th
                Avenue, Brooklyn, New York 11219-3305

Exhibit 22      Letter from Naturalization Assistance Services, Inc. stating that Plaintiff passed
                the English language naturalization examination on November 14, 1996

Exhibit 23      Receipt notice of Plaintiff's naturalization application (Form –400) on December
                13, 1996, issued by former Immigration and Naturalization Service (INS)

Exhibit 24      Fingerprint notification for Plaintiff issued by INS on October 13, 1999 for
                appointment on November 2, 1999 at 9:00 AM

Exhibit 25      Receipt notice that Plaintiff's fingerprint appointment was completed on
                November 2, 1999

Exhibit 26      Acknowledgment of receipt from Texas Service Center of Plaintiff's
                Congressional inquiry (dated August 24, 1999); Congressional inquiries with
                Connie Mack, U.S. Senator and E. Clay Shaw, Jr., Member of Congress;
                Congressional Responses from INS of February 12, 2002, July 10, 2002 and May
                12, 2003; Emails from Walter Rivera to Kathy Newell on status of Plaintiff's
                application for naturalization; Congressional Response from Walter Rivera,
                Congressional Affairs, U.S. Citizenship and Immigration Services (USCIS); and
                Naturalization inquiry responses from INS (Dated December 30, 2002 and April
                15, 2003)

Exhibit 27      Receipt notice of Plaintiff's naturalization application (Form –400) on March 21,
                2001, issued by former Immigration and Naturalization Service (INS)

Exhibit 28      Fingerprint notification for Plaintiff issued by INS on March 21, 2001 for
                appointment on May 2, 2001 at 1:00 PM and Receipt notice that Plaintiff's
                fingerprint appointment was completed on May 3, 2001

Exhibit 29      Notification of Plaintiff's failure to appear for oath ceremony on March 28, 2002
                at 12:00 PM, issued by INS on April 5, 2002

9

Exhibit 30     July 16, 2003 confirmation receipt from INS of Plaintiff's change of address

Exhibit 31     –14 appointment issued to Plaintiff by Officer "B" of INS to return to Citizenship Office on November 21, 2001 at 1:10 PM with documents requested

Exhibit 32     Certificate of Record Search from Harris County District Clerk, Harris County Texas

Exhibit 33     –14 appointment issued to Plaintiff by Officer "A" of INS to return to Citizenship Office on January 29, 2002 at 12:30 PM with documents requested

Exhibit 34     Receipt Notice of Form –336, Request for Hearing on Decision in Naturalization Proceedings, issued by INS on October 17, 2003; Form G-28; Form –336 with attachment (affidavit from Plaintiff)

Exhibit 35     Letter to Plaintiff from Dana E. Rollocks, Supervisor, Customer Liaison Team, Customer Assistance Office, USCIS, dated December 7, 2004

Exhibit 36     Form G-56 appointment notice issued to Plaintiff by DAO MK, to appear at Citizenship Office for further examination on the –400 application

Exhibit 37     Letter to Plaintiff from Dana E. Rollocks, Supervisor, Customer Liaison Team, Customer Assistance Office, USCIS, dated September 8, 2004

Exhibit 38     Letter from Gary N. Favitta, Acting Assistant Special Agent in Charge, Federal Bureau of Investigation, dated August 18, 2004

Exhibit 39     Incident/Investigation Report from Boca Raton Police Department dated December 29, 2004

Exhibit 40     Letter from Officer "IB", USCIS to Plaintiff to return to Citizenship Office on May 19, 2003 at 8:00 AM

Exhibit 41     Paternity lawsuit, Peni L. Diaz v. Delroy Golding, including child support payments from Plaintiff to alleged daughter

Exhibit 42     Temporary proof of Plaintiff's lawful permanent residence (I-551)

Exhibit 43     Plaintiff's Certificate of Completion of Introduction to Port Security on February 16, 2006 and Certificate of Completion of McRoberts Maritime Pre-Board Screener Course dated February 15, 2006, issued by McRoberts Security

Exhibit 44        Response to Plaintiff's request for copy of file from Office of Inspector General, DHS, dated September 15, 2006

Exhibit 45        Certificate from Jamaica Constabulary, Records and Identification Division, Kingston, Jamaica stating that Plaintiff does not appear in the Criminal Records

Exhibit 46        Transcript of Deposition of Elaine Watson

Exhibit 47        Transcript of Deposition of Thomas Rubens

Exhibit 48        Transcript of Deposition of Larry Rodneff

Exhibit 49        Transcript of Deposition of Michael Krawczyk

Exhibit 50        Transcript of Deposition of Ricky Hamilton

EXHIBIT B

DEFENDANTS' EXHIBIT LIST

CASE NO. 05-21095-CIV-LENARD/TORRES

Exhibit Number:

1.  Memorandum of creation of record of lawful permanent residence.

2.  Criminal Records –Aggravated Stalking and related papers

3.  Criminal Records –Possession of stolen property/handgun 3df

4.  Criminal Records—Conspiracy to distribute marijuana (Texas)

5.  Information for Domestic Battery

6.  Report from Border Patrol –January 11, 1995

7.  Restraining Order, Peni Flanders vs. Delroy Golding, Case # 94-753-35

8.  Restraining Order, Peni Flounders v. Delroy Golding, Case #95-5027-57

9.  Decision on Application for Naturalization, August 30, 2000

10. Application for Naturalization signed by Golding on 10/25/99

11. Application for Naturalization signed by Golding 1/23/01

12. Decision Sept 15, 2003

13. Administrative Action on Review Hearing dated December 22, 2004

14. Petition for Alien Relative

15. Record of sworn statement (9/7/04) (Missing ARC)

16. Record of sworn statement (9/7/04)

17. Birth Registration Form

18. Nonimmigrant Information System Basic Data Display

19. Jamaica Criminal Record Office Certification of November 22, 2005.

20. Facsimile Transmission from US Embassy in Kingston, Jamaica to Superintendent Terrence Sanckoo, Criminal Records Office, 34 Duke Street, Kingston

21. Authentication from Registrar General's Department of Jamaica January 26, 2007

12

22. Certification of the Superintendent of Police of Jamaica, April 4, 2007

23. Copy of Section 10(1) of the Probation of Offenders Act, Jamaica

24. Transcript of Deposition of Delroy Anthony Golding.

25. Transcript of Deposition of Reverend Emiel Abalahin

26. Transcript of Deposition of Reverend Richard Champigny

27. Transcript of Deposition of Angelo Carbone

28. Transcript of Deposition of Joan Murphy

29. Transcript of Deposition of Larry Rodneff

30. Transcript of Deposition of Ricky Hamilton

31. Transcript of Deposition of Elaine Watson

32. Transcript of Deposition of Michael Krawczyk

33. Transcript of Deposition of Thomas Rubens

**EXHIBIT C**

**PLAINTIFF'S TRIAL WITNESS LIST**

Witness 1        Delroy Golding

                 5521A Coach House Circle

                 Boca Raton, Florida 33487


Wtiness 2        Joan Murphy

                 5521A Coach House Circle

                 Boca Raton, Florida 33487


Witness 3        Mark John La Bate, Esq.

                 Mark J. LaBate, P.A.

                 2401 E. Atlantic Boulevard

                 Suite 400

                 Pompano Beach, Florida 33062


Witness 4        Johnny L. McCray, Jr., Esq.

                 400 E. Atlantic Boulevard

                 Pompano Beach, Florida 33060


Witness 5        Reverend Emiel Agalahim, O. Carm

                 St. Jude Catholic Church

                 21689 Toledo Road

                 Boca Raton, Florida 33433

14

Witness 6      Angelo C. Carbone, C.P.A.

1001 W. Cypress Creek Road

Suite 403

Fort Lauderdale, Florida 33309


Witness 7      Ivan Dario Piedrahita-Velez, Esq.

Ivan Piedrahita, P.A.

1868 N. University Drive

Suite 207

Fort Lauderdale, Florida 33322


Witness 8      Nancy Golding

3041 S.W. 52nd Terrace

Davie, Florida 33314


Wtiness 9      Marion C. Hallman

622 N.W. 13th Street, #21

Boca Raton, Florida 33486

**CASE NO. 05-21095-CIV-LENARD/TORRRES**

**EXHIBIT D**

**DEFENDANTS' WITNESS LIST**

1.    Elaine Watson, Section Chief, Naturalization Unit, USCIS

    77 SE 5th Street, 2nd Floor

    Miami, Florida 33131

    (305) 415-6500

2.    Mike Krawczyk, District Adjudication Officer

    77 SE 5th Street, 2nd Floor

    Miami, Florida 33131

    (305) 415-6500

3.    Thomas Rubens, District Adjudications Officer

    77 SE 5th Street, 2nd Floor

    Miami, Florida 33131

    (305) 415-6500

4.    Larry Rodneff, District Adjudication Officer

    77 SE 5th Street, 2nd Floor

    Miami, Florida 33131

    (305) 415-6500

6.    Rick Hamilton, Supervisory District Adjudication Officer

    77 SE 5th Street, 2nd Floor

    Miami, Florida 33131

(305) 415-6500

7.      Jorge Roig

        Custom and Border Protection

        909 SE 1st Avenue Suite 980

        Miami, Florida 33131

        [We will provide a better address as soon as we have it].

8.      Peni Landers

        Current address unknown.

        [We will provide a better address as soon as we have it].

9.      Hugh Spafford

        Immigration and Customs Enforcement

        801 I Street NW

        8th Floor (CDU)

        Washington, D.C.

        202-732-2892

18